JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE LIZALDE, | Case No. EDCV 19-2480-MCS (JPR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| U.S. ATTORNEY GENERAL WILLIAM BARR, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: October 6, 2020

MARK C. SCARSI
U.S. DISTRICT JUDGE